Robert BRANDT, Appellant, v. STATE of Texas, Appellee.

No. 26502.

Court of Criminal Appeals of Texas.

Oct. 14, 1953.

Hollis Massey, Columbus, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of assault with intent to rape, and his punishment was assessed at five years in the penitentiary.

Appellant has filed his motion under oath stating that he desires this court to dismiss his appeal.

The motion is granted and the appeal is dismissed.

Opinion approved by the court.